**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Warden Gladys Deese
   Tutwiler Correctional Facility
   8966 U.S. Highway 231, North
   Wetumpka, AL    36092

   C40   C5-577

2.

PS

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Susie Mms_    ☐ Agent
                ☐ Addressee

B. Received by ( Printed Name)
   Susie Mms

C. Date of Delivery
   6/23/05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

102595-02-M-1540