| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Kay P. Hope_ ☑ Agent ☐ Addressee<br>B. Received by ( Printed Name )   JUN 23 2005  Date of Delivery |
| 1. Article Addressed to:<br><br>Donal Campbell, Commissioner<br>Alabama Department of Corrections<br>PO Box 301501<br>Montgomery, AL  36130<br><br>CV0 05-577 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>   ☑ Certified Mail  ☐ Express Mail<br>   ☐ Registered     ☑ Return Receipt for Merchandise<br>   ☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7004 2510 0001 0150 5207 |

PS Form 3811, August 2001      Domestic Return Receipt      102595-02-M-1540