In The District Court Of The United States
For The Middle District Of Alabama

Northern Division

RECEIVED
2005 JUL 14 A 9:55

Paula Whatley AIS# 185251 )
          Plaintiff              )        Civil Action #
                                 )          2:05-CV577F
V                                )
                                 )
Donal Campbell et. al            )
     Defendants                  )

Petition To Have Attorney Appointed

As a Pro Se Inmate I Am asking the court to Appoint an Attorney for this 1983 Civil Action Pursuant to Federal Statute, 28 U.S.C § 1915(e)(1) which gives the court Authority to Appoint lawyers. It is my belief And known facts, circumstances surrounding this 1983 which has

I. Merit
II. Will Require factual investigation that we can not perform due to our imprisonment.
III. Due to our being incarcerated our creditability As A witness may come under attack so that there is A need for a lawyer to conduct cross examination
IV. The Appointment of A lawyer would further Justice.

Respectfully,

7-5-2005

Signature *Paula Whatley*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING HAS BEEN SERVED UPON _the Defendants listed below_ BY THE U.S. FIRST CLASS MAIL, THIS __5th__ DAY OF __July__, 2005.

_Paula Whatley_
PETITIONER

Civil Action
Case #
2:05-CV577 F

Office of Attorney General
11 South Union St.
Montgomery, Ala. 36130

Commissioner Donal Campbell
P.O Box 301501
301 S. Ripley St.
Montgomery, Ala. 36130

RECEIVED 2005 JUL 14 A 9:25