In The District Court Of The United States
For The Middle District Of Alabama

Northern Division

RECEIVED
2005 JUL 14 A 9:25

Paula Whatley
    Plaintiff

Civil Action #
2:05-CV-577F

V.

Donal Campbell, et.al
    Defendants

Petition

Pursuant to FRCP 23(b)(2), I AM asking the court to certify this legal action As A Class Action Lawsuit. To establish a Plaintiff of All present And future inmates who are similarly situated. being Able to recovery for their Physical Damages.

As a Pro Se Inmate I Am throwing myself on the mercy of the court to take into consideration our limited monetary resources Yet the substantial Harm that we have suffered the short And long term effect that will affect our health forever.

It is my belief that As A Plaintiff

I. Interested in claims Arising of the same series of events occuring in the same facility

II. Sharing Atleast one common question of law or fact

Realizing that the power to join claims or break them apart As A Pro Se Inmate I Am asking the court to combine claims And parties in a single law suit. For each And every Plaintiff to pay a filing fee would be a hardship on inmates who ARE only being given the minimum necessity by the ADOC, which are limited, but a basic Human need

I. Two (2) Bars of soap to bath, wash personal clothing (underwear).

II. No Deodorant — unless we are able to buy it otherwise if you don't have any family they will give it to only those inmates

III. No Shampoo — except when we Are Allowed to Receive Boxes or our families send us An Allotment of money

IV. Six (6) Rolls of Tissue to last a month

A. Female Menses
B. Tissue used to clean commode seats between usage.
1. Cigarettes crushed on seats
2. Human waste on seats
Only diluted Disinfectant provided 1 gallon to make 5 gallons.

IV. Other items that are condusive to good health, sanitation and hygeine not provided by prison official's are purchased with the money provided from ~~our~~ my family.